**COX, WOOTTON, LERNER,
GRIFFIN & HANSEN, LLP**
NORMAND R. LEZY          6297-0
    E-Mail:  nlezy@cwlfirm.com
Davies Pacific Center, Suite 1099
841 Bishop Street
Honolulu, HI  96813
Telephone: (808) 744-7020
Facsimile:  (808) 744-7030

RICHARD C. WOOTTON       6815-0
    E-Mail:  rwootton@cwlfirm.com
900 Front Street, Suite 350
San Francisco, CA  94111
Telephone:  (415) 438-4600
Facsimile:  (415) 438-4601

Attorneys for Defendant
HOLO HOLO CHARTERS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SANDRA REITER,<br><br>    Plaintiff,<br><br>v.<br><br>HOLO HOLO CHARTERS, INC.<br><br>    Defendant. | CIVIL NO. 17-00330 JMS-RLP<br><br>**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE**<br><br>Hon. Richard L. Puglisi |

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant HOLO HOLO CHARTERS, INC. hereby submits its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure as follows:

///

///

///

///

///

COX, WOOTTON,
LERNER, GRIFFIN &
HANSEN, LLP

900 FRONT STREET, STE. 350
SAN FRANCISCO, CA
94111
TEL: 415-438-4600
FAX: 415-438-4601

Reiter/3266

1                CIVIL NO. 17-00330 JMS-RLP
DEFENDANT'S CORPORATE DISCLOSURE STATEMENT; COS

HOLO HOLO CHARTERS, INC. states that: (1) it is not a publicly traded corporation, (2) it has no parent corporation, and (3) no publicly held corporation holds 10% or more of its stock.

DATED: San Francisco, California November 6, 2017

>  COX, WOOTTON, LERNER,
>  GRIFFIN & HANSEN, LLP
>  Attorneys for Defendant
>  HOLO HOLO CHARTERS, INC.
>
>  By   /S/ Richard C. Wootton
>        Richard C. Wootton

COX, WOOTTON, LERNER, GRIFFIN & HANSEN, LLP
900 FRONT STREET, STE. 350
SAN FRANCISCO, CA 94111
TEL: 415-438-4600
FAX: 415-438-4601

Reiter/3266