O'CONNOR PLAYDON GUBEN & INOUYE LLP
A Limited Liability Law Partnership

JEFFRE W. JULIANO        4930-0
733 Bishop Street, Suite 2400
Honolulu Hawai`i 96813
Telephone: (808) 524-8350
Facsimile: (808) 531-8628
E-Mail:    jwj@opglaw.com

Attorneys for Plaintiff
Sandra Reiter now known as
Sandra Lynch

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| SANDRA REITER,<br><br>            Plaintiff,<br><br>vs.<br><br>HOLO HOLO CHARTERS, INC.,<br><br>            Defendant. | NO. CV 17-00330 JMS-RLP<br><br>PLAINTIFF'S MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF JEFFRE W. JULIANO; DECLARATION OF SANDRA LYNCH formerly known as SANDRA REITER; CERTIFICATE OF SERVICE<br><br>Trial: November 13, 2018 |

PLAINTIFF'S MOTION FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL

      Pursuant to LR 83.6 of the Local Rules of Practice for the United States District Court for the District of Hawaii, and subject to approval by the Court, Plaintiff Sandra Reiter respectfully moves this Court for an Order approving the:

1. withdrawal of attorney Howard G. McPherson of the firm McGuinn, Hillsman & Palefsky, as counsel for Plaintiff;

2. withdrawal of attorney Abraham Feinstein-Hillsman of the firm McGuinn, Hillsman & Palefsky, as counsel for Plaintiff; and

3. substitution of attorney Jeffre W. Juliano of the firm O'Connor Playdon Guben & Inouye LLP, as counsel for Plaintiff.

This Motion is based upon the attached Memorandum and Declarations, and upon the record and file herein.

Dated: July 11, 2018.

Respectfully submitted,

   /s/ Howard G. McPherson   .
Howard G. McPherson

   /s/ Abraham Feinstein-Hillsman.
Abraham Feinstein-Hillsman

   /s/ Jeffre W. Juliano   .
Jeffre W. Juliano

## CERTIFICATE OF SIGNATURE

I attest that the content of this document is acceptable to withdrawing counsel, Howard G. McPherson and Abraham Feinstein-Hillsman, and that they have authorized me to sign this document on their behalf.

   /s/ Jeffre W. Juliano   .
Jeffre W. Juliano